RECEIVED
SDNY PRO SE OFFICE
2026 JAN -2 PM 4:56

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Catherine Gordon

Write the full name of each plaintiff.

26 CV 0032

(Include case number if one has been assigned)

-against-

Arnold Gordon, Kristelle Cedeno, Latonya Washington, Clarence Samuel, Laurence Polynice, TD Bank, Jennifer Rodriguez, Michael Gordon, Anessa Joseph, Benedict Bassy, Chase Bank, Citibank, Richard Charles, Alan Gold, Janet Youn, Tristan weekes, Shyeerah Jackson, Parkside Dental Care LLP

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

continuation of defendant list on next page.

Unique Dental Care, US Postal Service,
Fire Department Engine 214, J C Salons,
Jabrielle Mohammad, Jasco Realty,
Greystar (The Beacon) Property management
Group, Midtown Fashion District Dental,
Mark Hanson, Michelle Ray.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Character Defamation, Identity theft (federal level), Business identity theft, Alteration of Documents, forgery, Perjury, Financial and Cyber Fraud, Discrimination, illegal surveillance, Search and Seizure, tortoise interference, spoiltation, gangstalking, harassment, Drugging & Poisoning.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Catherine Gordon (Plaintiff's name), is a citizen of the State of

New York.

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, Arnold Gordon, is a citizen of the State of
(Defendant's name) multiple defendants all citizens of

New York

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________________________.

If the defendant is a corporation:

The defendant, ~~New~~ multiple defendants, is incorporated under the laws of

the State of New York New Jersey

and has its principal place of business in the State of New York. New Jersey

or is incorporated under the laws of (foreign state) _______________

and has its principal place of business in New York / New Jersey

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Arnold | | Gordon

First Name | Middle Initial | Last Name

280 Herkimer St

Street Address

Kings County | N.Y | 11216

County, City | State | Zip Code

N/A | Chebaraka@gmail.com

Telephone Number | Email Address (if available)

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Clarence Samuel
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2: Latonya Washington
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3: Kristelle Cedeno
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: Anessa Joseph
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York State / New Jersey

Date(s) of occurrence: 2021 - Current.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Based on accumalative paper trail, emails, and phone records I had in my possession. As well as key witnesses. I've filed my complaints with the listed Banking Institutions when I found evidence of fraud. The Federal Trade Commission, Consumer Complaint Bureau, Amended IRS documents and proof of other fraduelent activity. Identity theft, business identity theft, Financial fraud, false contracts and unions that are non existent. Most of this was accomplished through Cyber fraud.

and impeding on my privacy and constitutional rights. Illegal surveillance and the hacking of my devices. Third party agreements without my knowledge. With no legal basis or standing. False power of attorney. Perjury and falsifying legal documents. I am not sharing my identity or proof of existence. I am not secondary to Catherine Gordon or any marriages this is false and fraud.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Due to retailiation they have interfered with my livelihood preventing me from working. Drugging and poisoning me regularly in hopes I die. Constant harassment and recruiting of others, inciting rioting and stalking and further theft of my intellectual property & benefits.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I want compensation for the amount of time ~~of~~ I've been hindered from working to care for my child. I want ~~was~~ what has been stolen returned. The system has my name and personal information officially authenticated and my work legally protected in every way.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

1/2/26 — Catherine Gordon

Dated — Plaintiff's Signature

Catherine — Gordon

First Name — Middle Initial — Last Name

280 Herkimer St.

Street Address

Kings County — NY — 11216

County, City — State — Zip Code

929-414-2144 — Catgordon1987@yahoo.com

Telephone Number — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.