RECEIVED
FEB 11 2026
PRO SE OFFICE

Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street, Room 250
New York, NY 10007

Catherine Gordon
*(Write the full name of each plaintiff or petitioner)*

Case No. 26 CV 32

-against-

Letter re: PLEA

Arnold Gordon Et Al

*(Write the full name of each defendant or respondent)*

My case being dismissed before oral arguments or presenting discovery to a judge to prove it's merit. My allegations and claims have been brought to the attention and alerted by all agencies pertaining to Federal matters of criminal activity and Fraud. There has been a paper trial of tax Fraud, Bank Fraud and identity theft (that has now been acknowledged by the attorney general) →

SEE ATTACHED

2/9/26
Dated

Catherine Gordon
Signature

Catherine Gordon
Name

Prison Identification # (if available)

280 Herkimer St. Brooklyn N.Y 11216
Address City State Zip Code

929-825-9428
Telephone Number (if available)

catgordon1987@yahoo.com
E-mail Address (if available)

Southern District Court
26 cv 32
Gordon v Gordon Et Al!

→
continued PLEA!
The Department of Justice is well aware of the ongoing ordeals for almost three years. To the point the VAWA Act was implemented to protect me. The delay with bringing these defendants before a judge has made me a constant target for years. Leaving them to be able to scheme and plot spoliations and to terroize, harrass, stalk, and hack me. Making me a victim of sexual assault and my intellectual property infringed upon and overall being ~~use~~ misused and abused for profit as well as exploitation. For my naivity in accepting new friendships and jobs (as a dental professional) (they are being recruited and puppeted to help/aid in covering up their fraud and to further cause me harm and damage. That is ~~a~~ traffick-ing and a smear campaign for character defamation. They have no proof of my consent, approval, or ~~sig~~ signature to verify any contracts, business agreements or collaborations. From IP address phone loss and the ~~steal~~ stealing of my numbers fast enough to continue to

conduct identity theft and fraud.
I am a music artist/creator/Inventor
by impeding on my livlihood and sabotaging
my finances have made it easier for
theft in everyway. My basic human
right to live and function has been
destroyed and I have a daughter to
care for. Gross misappropriation of
funds unbeknownst to me. False
relationships and affliations. Psychological
and chemical abuse ~~cause~~ causing long
term damage and health defects.
I am being drugged and poisoned
to affect my memory, my voice, and
to discredit me. Tapping of my devices
and public confirmation of them doing
so without my knowledge. Illegal
surrelliance. Alteration of my birth
documents and my daughters to enable
identity theft legally. illness and
False claims of mental
power of attorney.
pertinent mail rerouted and stolen, assisting
that could have been information in
me with deadlines etc. I've failed
Police reports neglected to be filed
with Federal Trade Commission Etc.

Catherine Gordon
280 Herkimer St.
Brooklyn, N.Y 11216

RECEIVED
FEB 11 2026
PRO SE OFFICE

RECEIVED
FEB 11 2026
CLERK'S OFFICE
S.D.N.Y.

USM P3
SDNY

Southern District Court
500 Pearl St.
New York N.Y 10007