UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Catherine Gordon

Fill in above the full name of each plaintiff or petitioner.

Case No. 26 CV 32

-against-

Arnold Gordon Et Al

Fill in above the full name of each defendant or respondent.

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 19 PM 4:13

# DECLARATION

in Opposition to the False Claims that has prompted the defendants Full order of Protection

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Catherine Gordon declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

8/18/26 the defendant was granted a full order of protection after an orchestrated false arrest to protect his fraudulent property interest and to obstruct my federal protection

in regards to ongoing Federal matters. Defendant attacked me and an accomplice to multiple assaults and theft for over 5 years. I ask the court to overturn Judge Carrington's ruling due to clear corruption and bias clear negligence regarding my minor being present in the home while I am absent. Judge Wilson after no real just cause other than my request to make an on the record statement upholds this decision that was haphazardly made during a Crawford hearing. I am constantly targeted by individuals named in my case 26cv32. They are using the FDNY and officers not properly trained or informed to perpetuate their frequent and constant abuse and stalking. Asking to be granted a federal OOP.

Attach additional pages and documents if necessary.

9/19/26
Executed on (date)

Catherine Gordon
Signature

Catherine Gordon
Name

Prison Identification # (if incarcerated)

280 Herkimer St. Brooklyn N.Y 11216
Address City State Zip Code

646-668-0400
Telephone Number (if available)

Catgordon1984@yahoo.com
E-mail Address (if available)